UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK CATO,

        Plaintiff,

v.

GOODWILL INDUSTRIES OF SAN FRANCISCO,

        Defendant.
_____/

No. C-11-02553 DMR

**ORDER TO SHOW CAUSE**

Defendant's motion to dismiss is set for a hearing on August 25, 2011 at 11:00 a.m. Plaintiff is pursuing this action *pro se*. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on August 1, 2011, but no such opposition has been received. <u>Plaintiff Mark Cato is ordered to respond by **August 19, 2011**, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on August 25, 2011 is VACATED. A new hearing shall be noticed by the Court if necessary. If Plaintiff Mark Cato does not respond by August 19, 2011, Defendant's motion may be granted.

IT IS SO ORDERED.

Dated: August 8, 2011

_____
DONNA M. RYU
United States Magistrate Judge