UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CATO, | No. C-11-02553-DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESCHEDULING HEARING ON MOTION TO DISMISS** |
| v. | |
| GOODWILL INDUSTRIES OF SAN FRANCISCO, | |
| Defendant(s). | |

The court is in receipt of Plaintiff's response to the court's August 8, 2011 Order to Show Cause. [Docket No. 14.] Having reviewed the response, which the court also will construe as Plaintiff's response to Defendant's Motion to Dismiss [Docket No. 11], the court hereby discharges the Order to Show Cause. The court further ORDERS that the hearing on the Motion to Dismiss be continued to **September 7, 2011 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: August 19, 2011



_____
DONNA M. RYU
United States Magistrate Judge